**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ANDREW HANDLON,

    Plaintiff,

v.                                Case No.:  1:24-cv-01107-KG-SCY

FRANCISCO JIMENEZ-LOPEZ; ROMNAS
TRUCKING, INC.; and FEDERAL EXPRESS
CORPORATION f/k/a FEDEX GROUND
PACKAGE SYSTEM, INC.,

    Defendants.

## ORDER OF DISMISSAL *WITH PREJUDICE*

This matter is now before the Court on the parties' Stipulated Motion to Dismiss *With Prejudice*, which moves the Court to dismiss this action and all claims and causes of action between Plaintiff Andrew Handlon and Defendants Romnas Trucking Inc. and Federal Express Corporation f/k/a FedEx Ground Package System, Inc. that were or could have been asserted herein with prejudice. The Court, having reviewed the Motion, and noting that it is jointly filed and stipulated to by the parties finds that it shall be and hereby is **GRANTED**.

This action between the parties and all claims and causes of action that were or could have been raised herein are **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED.**

/s/_____
KENNETH J. GONZALES[1]
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.

STIPULATED, AGREED, AND APPROVED BY:

**ATKINSON, BAKER & RODRIGUEZ, PC**

By: */s/ Justin D. Rodriguez*
Justin D. Rodriguez
Julia E. McFall
Max Jones
Brooke E. Wiggins
201 Third Street NW, Suite 1850
Albuquerque, NM 87102
505-764-8111 | Fax 505-764-8674
jrodriguez@abrfirm.com
jmcfall@abrfirm.com
mjones@abrfirm.com
bwiggins@abrfirm.com

*Attorneys for Defendants Romnas Trucking, Inc., and Federal Express Corporation*

~and~

**LOWE LAW GROUP**

*/s/ Niklas Simmons (approved via email 8/12/2025)*
Jason Harmon (161079)
Niklas Simmons
6028 S. Ridgeline Dr. #200
Ogden, UT 84405
(801) 917-8500
j.harmon@lowelawgroup.com
n.simmons@lowelawgroup.com

*Attorneys for Plaintiff*